Argued December 1—decided December 1, 1964

ADELAIDE R. KUGEL *v.* JOHN H. KUGEL

The motion by Cummings and Lockwood to withdraw their appearance in the appeal from the Superior Court in Fairfield County at Stamford is granted.

*John F. Spindler,* for Cummings and Lockwood.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Bernard Glazer,* for the appellee (plaintiff).

*John F. Spindler,* for the appellant (defendant).